## STATE OF CONNECTICUT *v.* BRIAN DELL

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 24 (AC 25709), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Darcy McGraw*, special public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided June 7, 2006